**Electronically Filed**
**Supreme Court**
**SCWC-21-0000285**
**18-AUG-2022**
**08:20 AM**
**Dkt. 11 OGAC**

SCWC-21-0000285

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF ASK

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000285; FC-S NO. 18-00112, FC-S NO.
18-00241, FC-A NO. 20-1-6137, FC-A NO. 21-1-6005)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners' application for writ of certiorari filed on June 30, 2022, is accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 18, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

